NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2008-5190

STOBIE CREEK INVESTMENTS LLC,
JFW ENTERPRISES, INC.,
Tax Matters and Notice Partner; and STOBIE CREEK
INVESTMENTS LLC, by and through JFW
INVESTMENTS, LLC, Tax Matters and Notice Partner,

Plaintiffs-Appellants,

v.

UNITED STATES

Defendant-Appellee.

Appeal from the United States Court of Federal Claims in 05-CV-748 and 07-CV-520, Judge Christine O.C. Miller.

ON MOTION

Before BRYSON, Circuit Judge.

## ORDER

Stobie Creek Investments LLC et al. move without opposition for a 49-day extension of time, until August 12, 2009, to file their reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. No further extensions should be anticipated.

FOR THE COURT

JUN 2 9 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 29 2009

JAN HORBALY
CLERK

cc: Robert E. Kolek, Esq.
Judith A. Hagley, Esq.